FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

01 OCT -1 PM 2: 17

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH POISSO

VERSUS

FORMOSA PLASTICS CORPORATION

CIVIL ACTION

NO. 96-7470-D

## ORDER

In view of the Joint Stipulation of Fact Concerning Reasonableness and Amount of Attorney's Fees (doc. no. 257) and the Joint Motion to Disburse Funds Held on Deposit in the Registry of the Court (doc. no. 254);

**IT IS HEREBY ORDERED** that all petitions for intervention are DISMISSED and this matter is closed.

Baton Rouge, Louisiana, this /1st day of October, 2001.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

DKT. & ENTERED   JJB
DATE 10/1/01   SE
NOTICE MAILED TO: Warshauer
DATE\_\_\_\_ BY bS   Moncla
Balhoff
Pepper
Atkinson
Cinater
Diolla
Bosworth
Clavel

INITIALS | DOCKET#
--- | ---
bS | 260